In Re: Jaidai Gia'Ivionni         Case No.: 15-61477
                    Cover Letter

B6 Cover (Form 6 Cover) (12/07)

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT

AUG 17 2015

By _____
DEPUTY CLERK

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property ✓
Schedule B - Personal Property 1-3 ✓
Schedule C - Property Claimed as Exempt ✓
Schedule D - Creditors Holding Secured Claims ✓ IRS FORGIVEN 2010 – 2011 per IRS
Schedule E - Creditors Holding Unsecured Priority Claims ✓
Schedule F - Creditors Holding Unsecured Nonpriority Claims ✓
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors  NINE
Schedule I - Current Income of Individual Debtor(s) ✓ RESUBMITTED
Schedule J - Current Expenditures of Individual Debtors(s)

Unsworn Declaration Under Penalty of Perjury

(12) Motion to file for Extension of Time for payment

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately. (11) Statement of Non Attorney Asst.
          (10) Declaration concerning Debtors Schedules
Review the specific instructions for each schedule before completing the schedule.

also:             (8) Statement of Financial Affairs
(1) Notice of Admendment to Debtors Schedules and or
              & Matrix pgs 1-2
(2) Notice and motion to Convert from Chapter 7 –
              Chapter 13
(3) Statement of Intention Chapter 7
(4) Statement of Social Security Number
(5) Application of Pay the filing fee
(6) Statiscal Summary of Certain Liabilities and related rule
(7) Notice of Mortgage Payment Change

B6A (Official Form 6A) (12/07)

In re __Jaidai Gia'Ivioni__, Debtor

[FILED LYNCHBURG, VA U.S. BANKRUPTCY COURT   AUG 17 2015   DEPUTY CLERK]

Case No. __15 - 61477__ (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 536 HUGHES ST DANVILLE, VIRGINIA PARCEL: ① 1606-008-000008.000 ACCT# 24006 ALSO: 92 FT NO 19 + PT NO 18 ~~HUGHES~~ HUGHES ST ZONE: OTR OLDTOWN RESIDENTIAL NOTES: AVG LOT 92 x 225 DB 06-3893: 3 LISTS INCL ACCT# 24006, 26264, 25058 ② WB 02-99 Theresa Died 4/12/01 PARCEL: 1606-008-000009.000 ACCT# 26264 ALSO: 45 X 128 DB 06-3893: 3 LISTS, 24006/26264/25058 78 FT NO 1 EDMONDS ST OTR OLDTOWN RESIDENTIAL ③ PARCEL: 1606-008-000010.000 ACCT# 25058/DB 02-7116 45 X 110 DB 06-3893: 3 LISTS INCL: 24006, 26264, 25058 | 100% OWNERSHIP et al " " " " " " HUGHES ST 24006, 45 FT NO 2 →EDMONDS ST 26264, ~~25~~ 25058 | | $285,000 +/- Don't owe  Value Total▶ 285,000.00 | $17,968.00 +/-   $17,968.00 +/- |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re __Jaidai Gia'Ivionni__ ,  Case No. __15 - 61477__
           Debtor                                                                    (If known)

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT
AUG 17 2015
DEPUTY CLERK

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | 0 | 0 | | 0 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | 0 | 0 | | 0 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | 0 | 0 | | 0 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | 0 | 0 | | 0 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | 0 | 0 | | 0 |
| 6. Wearing apparel. Stolen clothes | yes | Goodwill Clothing | | $0.00 |
| 7. Furs and jewelry. (Stolen Fur collars) | 0 | 0 | | Loss $0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | 0 | 0 | | 0 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. (Insurance companies refused to Insure | 0 | 0 | | 0 |
| 10. Annuities. Itemize and name each issuer. which it is not | previous Habitat House stated it was still a Habitat House | 0 | | 0 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | 0 | 0 | | 0 |

B 6B (Official Form 6B) (12/07) -- Cont.

In re __Jaidai Gia'Ivionni__,    Case No. __15 - 61477__
       Debtor                                                 (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | yes | US Postal Service (Lost Pension filed Report) | | ? |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | yes | Volunteer Services with Systems DENNIS1514 MAPS, (INU) ESIGNATOR DRIVER SERVICES DREAMS ARE POSSIBLE etal Recorded, Rockingham County, NC, Recorded: Chatham Virginia Recorded Commonwealth of Virginia | | ? |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | ? |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. Lost or Stolen | | 4 U.S Treasury Bonds LOST or STOLEN | | (-$    ) |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | O | O | | O |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | IRS Refund 2009 not received, IRS Refund 2015 not received, US Postal Service; Ion court (FED) Federal and Va 2002 | | court ordered in US Court - GREENSBORO NC |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | yes | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | yes | Beneficiary: VA military Not paid: Mr Williams, Kernersville, NC. formerly | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2009 IRS Refund $1000.00 not received ordered not received 2015 IRS Refund $1000.00 | | (-$1000.00) ($-1000.00) |

B 6B (Official Form 6B) (12/07) -- Cont.

In re __Jaidai Gia'Ivionni_____,    Case No. __15-61477__
             Debtor                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | yes | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | yes | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | no | Stolen   0 | | 0 |
| 26. Boats, motors, and accessories. | no | 0 | | 0 |
| 27. Aircraft and accessories. | no | 0 | | 0 |
| 28. Office equipment, furnishings, and supplies. | no | 0 | | 0 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | no | 0 | | 0 |
| 30. Inventory. | no | 0 | | 0 |
| 31. Animals. (INC) | | Belongs to Designator Driver Service and Systems INC | | |
| 32. Crops - growing or harvested. Give particulars. | no | 0 | | 0 |
| 33. Farming equipment and implements. | no | 0 | | 0 |
| 34. Farm supplies, chemicals, and feed. | no | 0 | | 0 |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

_____ continuation sheets attached    Total▶  $ _____
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re __Jaidai Gia'Ivionni__,
                Debtor

Case No. __15-61477__
                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT
AUG 17 2015
By _____

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
|  |  |  |  |

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B 6D (Official Form 6D) (12/07)

In re _Jaidui Giu'Ivioani_____,   Case No. __15-61477__
                    Debtor                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 536 HUGHES  ~~City of Danville Virginia~~  City of Danville Pittsylvania County Habitat for Humanity 503 HUGHES ST Danville Va | none | | 8-16-2015 CLOSING FOR REAL ESTATE 536 HUGHES ST And Acct # 24006, 26264, 25058 VALUE $ 285,000 | None | yes $135,000 | | 17,968.00 +z | 285,000.00 Value |
| ACCOUNT NO. IRS FIRST TIME HOMEBUYERS INTERNAL REVENUE | None | | (2009, APRIL?) FIRST TIME HOMEBUYER STIMULUS/IRS POSSIBLE FORGIVEN VALUE $ 7500.00 | None | Forgiven | | <$ -7,500.00> | |
| ACCOUNT NO. 536 HUGHES ST City of Danville Va Taxes - Property Tax Parcel acct # 24006, 26264, 25058 | none | | ~~6-16-2015~~ 2009 CLOSING FOR REAL ESTATE INCURRED for 536 HUGHES ST VALUE $ 4000 | None | 4000 2010 to 2015 | | $ 4000.00 | |

_/_ continuation sheets attached

Subtotal ▶ (Total of this page)  $ ~~21,968.00~~ 29,468.00  $

Total ▶ (Use only on last page)  $   $
(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT
AUG 17 2015
By _PMC_  12:17 pm
DEPUTY CLERK

B 6D (Official Form 6D) (12/07) – Cont.

In re __Jaidui Gia'Ivionn__,      Case No. __15-61477__
         Debtor                              (if known)

2

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. NONE | | | | | | | | |
| ACCOUNT NO. NONE | | | VALUE $ | | | | | |
| ACCOUNT NO. NONE | | | VALUE $ | | | | | |
| ACCOUNT NO. NONE | | | VALUE $ | | | | | |
| ACCOUNT NO. NONE | | | VALUE $ | | | | | |
| | | | VALUE $ | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ▶
(Total(s) of this page)     $                 $

Total(s) ▶
(Use only on last page)     $ 29,468.00      $ 21,968.00

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re __Jaidai Giu'Ivioni___
      Debtor

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT
AUG 17 2015
By _Pmc_  12:17 pm
DEPUTY CLERK

Case No. __15-61477__
(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B6E (Official Form 6E) (04/13) – Cont.

In re __Jaidai Giu Ivionni__,    Case No. __15-61477__
   Debtor                                    (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____ continuation sheets attached

B6E (Official Form 6E) (04/13) – Cont.

In re __Jaidai Giu'Ivionni__,  Case No. __15-61477__
                    Debtor                                    (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. NONE | | | | | | | 0 | 0 | 0 |
| Account No. NONE | | | | | | | 0 | 0 | 0 |
| Account No. NONE | | | | | | | 0 | 0 | 0 |
| Account No. NONE | | | | | | | 0 | 0 | 0 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page) $ 0   $ 0   0

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 0

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 0   $ 0

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT
AUG 17 2015
By __Dmc__  12:17 pm
DEPUTY CLERK

B 6F (Official Form 6F) (12/07)

In re __Jaidui Gia'Ivionn__,   Case No. __15-61477__
            Debtor                                      (if known)

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT

AUG 17 2015

By PMC  12'17A

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. NONE<br>Student Loans<br>not removing<br>not late | | | NO SETOFF<br>NOT LATE | | | | (16000.00)<br>U |
| ACCOUNT NO. NONE<br>IRS FIRST TIME<br>HOMEOWNERS<br>STIMULUS | | | NO SETOFF<br>2009<br>FORGIVEN per IRS REP<br>2010-2011 | | | | ($7500.00)<br>U |
| ACCOUNT NO. NONE | | | | | | | U |
| ACCOUNT NO. NONE | | | | | | | U |

_0_ continuation sheets attached

Subtotal ► $ 0

Total ► $ 0
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Fill in this information to identify your case:**

Debtor 1: Jaidai _____ Giu'Ivionni
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: _____ District of ____

Case number (If known): 15-61477

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT
AUG 17 2015
By pmc    12:17 pm
DEPUTY CLERK

Check if this is:
☑ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____ MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Disabled/Student Volunteer | |
   | Employer's name | Volunteer | |
   | Employer's address | Number Street<br><br>City State ZIP Code | Number Street<br><br>City State ZIP Code |
   | How long employed there? | | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0 | $ _____ |
| 3. Estimate and list monthly overtime pay. | +$ 0 | +$ _____ |
| 4. Calculate gross income. Add line 2 + line 3. | $ 0 | $ _____ |

Official Form B 6I    Schedule I: Your Income    page 1

Debtor 1 _____  Case number (if known) _____
         First Name   Middle Name   Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ............ → 4. | $_____ | $_____ |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions   5a. | $ 0 | $_____ |
| 5b. Mandatory contributions for retirement plans    5b. | $ 0 | $_____ |
| 5c. Voluntary contributions for retirement plans    5c. | $ 0 | $_____ |
| 5d. Required repayments of retirement fund loans    5d. | $ 0 | $_____ |
| 5e. Insurance                                        5e. | $ 0 | $_____ |
| 5f. Domestic support obligations                     5f. | $ 0 | $_____ |
| 5g. Union dues                                       5g. | $ 0 | $_____ |
| 5h. Other deductions. Specify: _____       5h. +$ 0 | +$_____ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.  $ 0    $_____

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.  $ 0    $_____

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
       Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.      8a.  $ 0    $_____

   8b. Interest and dividends       8b.  $ 0    $_____

   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
       Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.  $ 0    $_____

   8d. Unemployment compensation     8d.  $ 0    $_____

   8e. Social Security               8e.  $ 920.00    $_____

   8f. Other government assistance that you regularly receive
       Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
       Specify: _____      8f.  $ 16.00    $_____

   8g. Pension or retirement income  8g.  $ 0    $_____

   8h. Other monthly income. Specify: _____  8h. +$ 0   +$_____

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.  $ 920.00   $_____

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.  $ 920.00  +  $_____  =  $ 920.00

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____ NONE _____   11. +$ 0

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies   12.  $ 920.00
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☐ No.
    ☑ Yes. Explain: COST OF LIVING RAISE IN EACH YEAR DECEMBER

Official Form B 6I              Schedule I: Your Income                                      page 2

**Fill in this information to identify your case:**

Debtor 1    Jaidai    NO MIDDLE    Gia'Ivionni
            First Name       Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number
(If known) _____

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT
AUG 17 2015
By PMC    12:17pm
DEPUTY CLERK

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☑ No
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   ☐ Yes. Fill out this information for each dependent..........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

   4. $ 195.12

   If not included in line 4:
   4a. Real estate taxes    4a. $ 35.00
   4b. Property, homeowner's, or renter's insurance    4b. $ included
   4c. Home maintenance, repair, and upkeep expenses    4c. $ _____
   4d. Homeowner's association or condominium dues    4d. $ none

Official Form B 6J        Schedule J: Your Expenses        page 1

Debtor 1  __Jaidai__  __Giu'Ivioni__  Case number (if known) __15-61477__
First Name   Middle Name   Last Name

**Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans  *over paid / paid monthly / 8-16-2006 - present*  5. $ __-2500.00 paid__  __-1200.00 Downpayment paid 8-16-2006__

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ __0__
   - 6b. Water, sewer, garbage collection — 6b. $ __0__
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ __40.00__
   - 6d. Other. Specify: __Mr Yoder 8-16-2009 over payment the 1st of Loan converted to__  6d. $ _____
7. **Food and housekeeping supplies** __City of Danville Pittsylvania Co. a Donation 8-16-2006 - 2026 Habitat for Humanity__ — 7. $ __200.00__
8. **Childcare and children's education costs** — 8. $ __n/a__
9. **Clothing, laundry, and dry cleaning** — 9. $ __$30.00__
10. **Personal care products and services** — 10. $ __10.00__
11. **Medical and dental expenses** — 11. $ __200.00__
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ __included medical__
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ __none__
14. **Charitable contributions and religious donations** __to City of Danville Habitat for Humanity__ — 14. $ __-20,868 paid 8-16-2006 to 8-16-2015__
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ __—__
    - 15b. Health insurance — 15b. $ __—__
    - 15c. Vehicle insurance — 15c. $ __—__
    - 15d. Other insurance. Specify: _____ — 15d. $ __—__
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ — 16. $ __yes__
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ __n/a__
    - 17b. Car payments for Vehicle 2 — 17b. $ __n/a__
    - 17c. Other. Specify: _____ — 17c. $ __n/a__
    - 17d. Other. Specify: _____ — 17d. $ __n/a__
18. **Your payments of alimony, maintenance, and support** that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I). — 18. $ __n/a__
19. **Other payments you make to support others who do not live with you.** Specify: _____ — 19. $ __n/a__
20. **Other real property expenses** not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    - 20a. Mortgages on other property — 20a. $ __—__
    - 20b. Real estate taxes — 20b. $ __—__
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ __—__
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ __—__
    - 20e. Homeowner's association or condominium dues — 20e. $ __—__

Official Form B 6J            Schedule J: Your Expenses            page 2

Debtor 1  __Jaidai_____ __Gia'Ivionni_____  Case number (if known) __15-61477__
         First Name  Middle Name  Last Name

21. Other. Specify: __Creditor Classes_____
    21. +$ _____0_____

22. Your monthly expenses. Add lines 4 through 21.
    The result is your monthly expenses.
    22. $ __710.00__

23. Calculate your monthly net income.
    23a. Copy line 12 (your combined monthly income) from Schedule I.
    23a. $ __920.00__
    23b. Copy your monthly expenses from line 22 above.
    23b. –$ __710.00__
    23c. Subtract your monthly expenses from your monthly income.
    The result is your monthly net income.
    23c. $ __210.00__

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☐ No.
    ☑ Yes.   Explain here: COST OF LIVING RAISE IN EACH YEAR DECEMBER

Official Form B 6J            Schedule J: Your Expenses            page 3

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __Jaidai Giu'Ivioni__, Case No. __15-61477__
         Debtor                                                    (if known)

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT

AUG 17 2015

By __PMC__  12:17pm
DEPUTY CLERK

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __8-17-2015__                    Signature: __Jaidai Giu'Ivioni__
                                                            Debtor

Date _____          Signature: _____
                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

__Jaidai Giu'Ivioni__                          __6442-4080__
Printed or Typed Name and Title, if any,        Social Security No.
of Bankruptcy Petition Preparer                 (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
Address

X _____                     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                    Signature: _____

                                              _____
                                              [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.