**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | | |
|---|---|---|
| **IN RE:   JAIDAI GIA'IVIONNI** | ) | **CHAPTER 7** |
| Debtor. | ) | **Case No. 15-61477** |

**AMENDED ORDER**

On September 8, 2015, the *pro se* Debtor filed a Notice and Motion to Convert From Chapter 7 to Chapter 13.   Pursuant to Local Rule 1017-3, such Notice is to be served on all creditors, the United States Trustee and the Chapter 7 Trustee.   If the case was not previously converted from one chapter to another chapter, any objection to the Notice is to be filed within twenty one (21) days of the filing of the Notice.   Absent objection, the Court is to enter the standard form order of conversion to Chapter 13.

For good cause, it is ORDERED that any objection to the Notice shall be filed within twenty one (21) days of the date of this Order.   Absent timely objection, this case shall be converted from Chapter 7 to Chapter 13 by the Court's standard order.

It is FURTHER ORDERED that the Debtor's Amended Application to Have the Chapter 7 Filing Fee Waived and her Application for Individuals to Pay the Filing Fee in Installments, filed on September 8, 2015, are taken under advisement pending disposition of the Debtor's Notice and Motion to Convert.

The Clerk is directed to send a copy of this Order to the Debtor, the Chapter 7 Trustee and all creditors on the mailing matrix.

ENTER this the 11th day of September, 2015.

_____
UNITED STATES BANKRUPTCY JUDGE