**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | |
|---|---|---|
| **IN RE:   JAIDAI GIA'IVIONNI** | ) | **CHAPTER 13** |
| | ) | |
| **Debtor.** | ) | **Case No. 15-61477** |

## ORDER

On September 8, 2015, the *pro se* Debtor filed an amended Application to Have the Chapter 7 Filing Fee Waived.   On motion of the Debtor, this case was converted to a Chapter 13 case on October 5, 2015, rendering the above motion moot.   Therefore, it is ORDERED that the Debtor's application to waive the filing fee is DENIED.

On September 8, 2015, the Debtor also filed an Application for Individuals to Pay the Filing Fee in Installments.   By Order entered August 24, 2015, the Debtor's prior application to pay the filing fee in installments was granted and the Debtor was granted until October 14, 2015 to pay the filing fee.   Therefore, it is ORDERED that the Debtor shall pay the filing fee to the Clerk of this Court on or before October 14, 2015 or this case may be dismissed without further notice or hearing.

On August 24, 2015, the Debtor was ordered to pay the administrative notice fee of $75.00 on or before September 8, 2015.   On September 8, 2015, the Debtor was ordered to pay an amendment fee of $30.00 on or before September 22, 2015.   To date, the Debtor has not paid such fees.   For good cause, the Debtor is further ORDERED to pay the administrative notice fee and the amendment fee on or before October 14, 2015 or the case may be dismissed without further notice or hearing.

The Clerk is directed to send a copy of this Order to the Debtor, the Chapter 13 Trustee and all creditors on the mailing matrix.

ENTER this the 5th day of October, 2015.

_____
UNITED STATES BANKRUPTCY JUDGE